# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No. 3: 06 CR 170 (1) WHR** |
| **Randall L. Webb** | ) | |
| | ) | |

---

## ORDER TERMINATING SUPERVISED RELEASE

---

Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered the defendant is discharged from supervised release and the proceedings in the case are terminated.

Dated this ⟨14th⟩ day of ⟨march⟩, 2013

_____

Walter Herbert Rice

United States District Judge